FILED
JOHN P HERMAN

13 AUG 21 PM 4:43

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. **1:13CR- 094** |
| | : | **INDICTMENT** |
| | : | J. BARRETT |
| V. | : | |
| | : | 18 U.S.C. § 2422(b) |
| | : | |
| **RODNEY DAVIS** | : | **FORFEITURE** |

- - - - - - - - - - - - - - - - - - - -

**The Grand Jury charges that:**

## COUNT 1
### (Coercion and Enticement)

Beginning on or about July 10, 2013 and continuing up to and including July 25, 2013, in the Southern District of Ohio, the defendant, **RODNEY DAVIS**, knowingly used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce any individual, to wit, Minor 1 known to the Grand Jury, who had not attained the age of 18 years, or who was believed to be less than 18 years of age, to engage in any sexual activity for which any person could be charged with an offense.

**In violation of Title 18, United States Code, Section 2422(b).**

## FORFEITURE ALLEGATION

Upon conviction of an offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in:

1. All property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses; and

2.  All property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense.

**All pursuant to 18 U.S.C. §2428.**

A TRUE BILL

_____
GRAND JURY FOREPERSON

**CARTER M. STEWART
UNITED STATES ATTORNEY**

_____
**ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF**